PARRISH, Appellant, v. WHITE et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 10, 1915.) Action by Ida L. Parrish against George White and another. No opinion. Judgment unanimously affirmed, with costs.

PARSHELSKY BROS., Inc., Appellant, v. DHUY et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 5, 1915.) Action by Parshelsky Bros., Incorporated, against Frederick Dhuy and others. No opinion. Order affirmed, with $10 costs and disbursements.

PARSONS, Respondent, v. DELAWARE & H. CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 24, 1915.) In the matter of the claim of Foster Parsons for compensation under the Workmen's Compensation Law (Consol. Laws, c. 67) against the Delaware & Hudson Company, employer. No opinion. Motion denied. See, also, 167 App. Div. 536, 153 N. Y. Supp. 179.

PAUL, Appellant, v. CLARK, Respondent. (Supreme Court, Appellate Division, Second Department. December 3, 1915.) Action by Bernard Paul, an infant, by Joseph Paul, his guardian ad litem, against Walter L. Clark. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 161 App. Div. 947, 146 N. Y. Supp. 1104.

PEIRANO v. BARSOTTI. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Action by Louis Peirano against Charles Barsotti. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

PENNSYLVANIA R. CO. v. BORCHARDT. (Supreme Court, Appellate Division, First Department. October 22, 1915.) Action by the Pennsylvania Railroad Company against Samuel Borchardt. No opinion. Application denied, with $10 costs. Order signed.

PENSABENE, Appellant, v. F. & J. AUDITORE CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 8, 1915.) Action by Francesco Pensabene, as administrator, etc., against the F. & J. Auditore Company. No opinion. Motion granted, with costs, unless within 20 days plaintiff prepare and submit a case on appeal, as required by rule 41 of the General Rules of Practice. See, also, 154 N. Y. Supp. 1136.

PEOPLE v. ACENA. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York against Vincenzo Acena. No opinion. Motion granted, unless appellant complies with terms of order. Order filed.

PEOPLE, Respondent, v. ALEX, Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) Proceeding by the People of the State of New York against August Alex.
PER CURIAM. Appellant's accosting the plain clothes officer with the query, "Who are you looking for?" and "What do you want—stuff?" and a direction where to go to procure it, followed by further inquiry if the officer had seen the person indicated, which led to the sale of heroin by Spellman, warranted the Court of Special Sessions in finding appellant guilty. His offense was consummated by directing purchasers to those having and vending the drug (Penal Law [Consol. Laws, c. 40] § 2; People v. Peckens, 153 N. Y. 576, 47 N. E. 883), and the proof of such participation was not overcome by appellant's denials of knowledge or complicity in this prohibited traffic. The judgment of conviction of the Court of Special Sessions is therefore affirmed.

PEOPLE v. ARNSTEIN. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York against Nicholas Arnstein. No opinion. Motion granted, unless appellant complies with terms of order. Order filed. See, also, 157 App. Div. 766, 142 N. Y. Supp. 842; 91 Misc. Rep. 177, 155 N. Y. Supp. 81.

PEOPLE, Respondent, v. BELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1915.) Proceeding by the People of the State of New York against Raymond Bell. No opinion. Application to have appeal heard upon stenographer's minutes, without printing, denied.

PEOPLE v. BISBEE. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Proceeding by the People of the State of New York against Eldon Bisbee. No opinion. Application granted. Order signed. See, also, 90 Misc. Rep. 601, 153 N. Y. Supp. 993.

PEOPLE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1915.) Proceeding by the People of the State of New York against the Brooklyn Heights Railroad Company.
PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment of conviction and orders of the County Court of Kings County affirmed.

PEOPLE v. BRUSCO et al. (Supreme Court, Appellate Division, First Department. October 15, 1915.) Proceeding by the People of the State of New York against Pietro Brusco and another. No opinion. Motion granted, unless appellant complies with terms of order. Order filed.

PEOPLE, Respondent, v. CALDRELLA, Appellant. (Supreme Court, Appellate Division, First Department. November 5, 1915.) Proceeding by the People of the State of New York against Dominick Caldrella. **J. T. Little, of**